# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br>310 First Street S.E.,<br>Washington, D.C. 20003,<br><br>      *Plaintiff*,<br><br>      v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives,<br>1236 Longworth House Office Building<br>Washington, D.C. 20515;<br><br>BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol,<br>2466 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>ELIZABETH L. CHENEY, in her official capacity as Vice Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol,<br>416 Cannon House Office Building<br>Washington, D.C. 20515;<br><br>ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives,<br>2309 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>JAMIE B. RASKIN, in his official capacity as a member of the United States House of Representatives,<br>2242 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>SUSAN E. LOFGREN, in her official | **Case No. 1:22-cv-00659-TJK** |

| | |
|---|---|
| capacity as a member of the United States House of Representatives, 1401 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) |
| ELAINE G. LURIA, in her official capacity as a member of the United States House of Representatives, 412 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| PETER R. AGUILAR, in his official capacity as a member of the United States House of Representatives, 109 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| STEPHANIE MURPHY, in her official capacity as a member of the United States House of Representatives, 1710 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| ADAM D. KINZINGER, in his official capacity as a member of the United States House of Representatives, 2245 Rayburn House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, Longworth House Office Building Washington, D.C. 20515, | ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

## MOTION FOR PRO HAC VICE ADMISSION

2

Pursuant to Local Rule 83.2(d), Christopher O. Murray, a member in good standing of the bar of this Court, respectfully moves this Court for the admission of Julian R. Ellis, Jr. to participate pro hac vice as co-counsel for Plaintiff in the above-captioned action, until his admission to practice application has been submitted and approved by the Court. Attached as Exhibit A is the Declaration of Julian R. Ellis, Jr., supporting this motion for pro hac vice admission. Mr. Ellis submitted his application for full admission on March 15, 2022.

Respectfully submitted this 15th day of March, 2022.

              BROWNSTEIN HYATT FARBER SCHRECK, LLP

              By: *s/ Christopher O. Murray*
                  Christopher O. Murray
                  410 17th Street, Suite 2200
                  Denver, CO 80202
                  Telephone:  303.223.1100
                  Fax:  303.223.1111
                  Email:  cmurray@bhfs.com

                  *Attorneys for Plaintiff Republican National Committee*