IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br>310 First Street S.E.,<br>Washington, D.C. 20003,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives,<br>1236 Longworth House Office Building<br>Washington, D.C. 20515;<br><br>BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol,<br>2466 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>ELIZABETH L. CHENEY, in her official capacity as Vice Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol,<br>416 Cannon House Office Building<br>Washington, D.C. 20515;<br><br>ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives,<br>2309 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>JAMIE B. RASKIN, in his official capacity as a member of the United States House of Representatives,<br>2242 Rayburn House Office Building<br>Washington, D.C. 20515;<br><br>SUSAN E. LOFGREN, in her official | Case No. 1:22-cv-00659-TJK |

| | |
|---|---|
| capacity as a member of the United States House of Representatives, 1401 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) |
| ELAINE G. LURIA, in her official capacity as a member of the United States House of Representatives, 412 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| PETER R. AGUILAR, in his official capacity as a member of the United States House of Representatives, 109 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| STEPHANIE MURPHY, in her official capacity as a member of the United States House of Representatives, 1710 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| ADAM D. KINZINGER, in his official capacity as a member of the United States House of Representatives, 2245 Rayburn House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, Longworth House Office Building Washington, D.C. 20515, | ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

**DECLARATIOIN OF JULIAN R. ELLIS, JR.**

I state, under penalty of perjury, that:

1. My full name is Julian R. Ellis, Jr.

2. I am a shareholder with Brownstein Hyatt Farber Schreck, LLP, 410 Seventeenth Street, Suite 2200, Denver, CO 80202; Telephone: 303-223-1100.

3. I am a member in good standing of the Bar of the State of Colorado, and I am also admitted to practice in the U.S. Supreme Court, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. District Court for the District of Colorado, U.S. District Court for the Nothern District of Illinois, and U.S. District Court for the Eastern District of Michigan.

4. I certify that I am in good standing and eligible to practice in all courts to which I am admitted. I have not incurred disciplinary action from any bar.

5. I have not been admitted to practice pro hac vice before this Court within the past two years.

6. In addition to this motion for pro hac vice admission, I am also filing an application for full admission to the U.S. District Court for the District of Columbia, which is pending.

Executed on March 15, 2022

By: *Julian R. Ellis, Jr.*
Julian R. Ellis, Jr.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Fax: 303.223.1111
Email: jellis@bhfs.com

*Pro Hac Vice Attorney Applicant for Plaintiff*

4