# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, 310 First Street S.E., Washington, D.C. 20003,       *Plaintiff*,       v. NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives, 1236 Longworth House Office Building Washington, D.C. 20515; BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol, 2466 Rayburn House Office Building Washington, D.C. 20515; ELIZABETH L. CHENEY, in her official capacity as Vice Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol, 416 Cannon House Office Building Washington, D.C. 20515; ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives, 2309 Rayburn House Office Building Washington, D.C. 20515; JAMIE B. RASKIN, in his official capacity as a member of the United States House of Representatives, 2242 Rayburn House Office Building Washington, D.C. 20515; SUSAN E. LOFGREN, in her official | **Case No. 1:22-cv-00659-TJK** |

| | |
|---|---|
| capacity as a member of the United States House of Representatives, 1401 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) |
| ELAINE G. LURIA, in her official capacity as a member of the United States House of Representatives, 412 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| PETER R. AGUILAR, in his official capacity as a member of the United States House of Representatives, 109 Cannon House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| STEPHANIE MURPHY, in her official capacity as a member of the United States House of Representatives, 1710 Longworth House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| ADAM D. KINZINGER, in his official capacity as a member of the United States House of Representatives, 2245 Rayburn House Office Building Washington, D.C. 20515; | ) ) ) ) ) ) |
| SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, Longworth House Office Building Washington, D.C. 20515, | ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

**[PROPOSED] ORDER ON MOTION TO APPEAR PRO HAC VICE**

Upon the Motion to Appear Pro Hac Vice filed by counsel for the Plaintiffs (ECF 5), and for good cause shown, it is hereby ORDERED the Motion to Appear Pro Hac Vice is GRANTED.

This \_\_\_\_ day of _____, 2022

_____
Hon. Timothy J. Kelly