IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:22-cv-00659-TJK |
| NANCY PELOSI, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for Preliminary Injunction and the Memorandum of Law, declaration, and materials filed in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for Preliminary Injunction is GRANTED.

a. Salesforce shall be enjoined from producing under the Salesforce Subpoena performance metrics and analytics related to email campaigns by or on behalf of Donald Trump for President, Inc., the Republican National Committee, or the Trump Make America Great Again Committee, including but not limited to delivery metrics (send rates and bounce rates), engagement metrics (opens, open rates, click rates, and click-to-open rates), time attributes, and message attributes.

b. Salesforce shall be enjoined from producing under the Salesforce Subpoena records related to (i) login sessions by individuals associated with Donald Trump for President, Inc. or (ii) the Republican National Committee into Salesforce's Marketing Cloud platform, including all related metadata.

c. Salesforce shall be enjoined from producing under the Salesforce Subpoena communications between Salesforce representatives and representatives of the Republican National Committee or Donald Trump for President, Inc. concerning (i)

1

      the 2020 Presidential election, (ii) the continued use of Salesforce's platforms by the Republican National Committee or Donald Trump for President, Inc., (iii) the protests, marches, public assemblies, rallies, or speeches in Washington, D.C. on January 5, 2021, or January 6, 2021, or (iv) any of the facts and circumstances of the topics that are the subject in subparagraphs a or b.

d. Salesforce shall be enjoined from producing under the Salesforce Subpoena documents and communications concerning (i) investigative reports or analyses conducted by Salesforce regarding the protests, marches, public assemblies, rallies, or speeches in Washington, D.C. on January 5, 2021, or January 6, 2021, or (ii) investigative reports or analyses conducted by Salesforce regarding the use of Salesforce's platforms by the Republican National Committee or Donald Trump for President, Inc. and related materials, **prior to producing any such responsive documents and communications to Plaintiff for review by Plaintiff's counsel only**. Plaintiff's counsel shall have 14 days from the date of any such production to complete its review. If, after review by Plaintiff's counsel of the proposed production, Plaintiff **agrees** the documents and communications are not subject to the preliminary injunction in subparagraphs a–c of the Court's Order, the documents and communications shall be produced to Defendants. That said, if, after Plaintiff's counsel reviews the proposed production, Plaintiff believes the documents and communications are subject to the preliminary injunction in subparagraphs a–c of the Court's Order, Plaintiff shall file a motion no later than two days after competition of its counsel's review, for in camera review. After in camera review, the Court will decide whether the documents and communications should be produced to Defendants under the Salesforce Subpoena.

3

**SO ORDERED** this _____ day of _____

_____

Hon. Timothy J. Kelly