# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 1:22-cv-00659-TJK |
| v. | ) |
| NANCY PELOSI et al., | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

I, Marc Zwillinger, hereby enter my appearance as counsel in the above-captioned matter for Defendant Salesforce.com, Inc. Please send all future notices in this matter to me.

Dated: March 16, 2022               Respectfully submitted,

By: /s/ Marc Zwillinger
**ZWILLGEN PLLC**
Marc Zwillinger (DC Bar ID No. 451665)
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 296-3585
marc@zwillgen.com

*Counsel for Defendant Salesforce.com, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2022 a copy of the foregoing document was filed with the Court via the Court's CM/ECF system for the U.S. District Court for the District of Columbia, and thereby served on all counsel of record.

By:   /s/ Marc Zwillinger  
      Marc Zwillinger