## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 1:22-cv-00659-TJK |
| v. | ) |
| | ) |
| NANCY PELOSI et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

### NOTICE OF APPEARANCE

I, Jacob Sommer, hereby enter my appearance as counsel in the above-captioned

matter for Defendant Salesforce.com, Inc. Please send all future notices in this matter to me.

Dated: March 16, 2022                    Respectfully submitted,

By: /s/ Jacob Sommer
**ZWILLGEN PLLC**
Jacob Sommer (DC Bar ID No. 494112)
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 296-3585
jake@zwillgen.com

*Counsel for Defendant*
*Salesforce.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 16, 2022 a copy of the foregoing document was filed with the

Court via the Court's CM/ECF system for the U.S. District Court for the District of Columbia,

and thereby served on all counsel of record.


By: ___/s/ Jacob Sommer_____
      Jacob Sommer