AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| REPUBLICAN NATIONAL COMMITTEE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-CV-00659-TJK |
| NANCY PEOLOS, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Republican National Committee                                       .

Date:   03/16/2022

/s/ Julian R. Ellis, Jr.
*Attorney's signature*

Julian R. Ellis, Jr.
*Printed name and bar number*
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202

*Address*

jellis@bhfs.com
*E-mail address*

(303) 223-1100
*Telephone number*

(303) 223-1111
*FAX number*