# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, )<br><br>Plaintiff, )<br><br>v. )<br><br>NANCY PELOSI, et al., )<br><br>Defendants. ) | Case No. 1:22-cv-00659-TJK |

## JOINT STATUS REPORT

The parties file this joint status report ahead of the status conference scheduled with the Court for March 16, 2022, at 3:00pm.

1. This case involves Plaintiff Republican National Committee's (the "RNC") amended complaint for declaratory and injunctive relief to prohibit the enforcement and the production of documents in response to a subpoena issued to salesforce.com, inc. ("Salesforce") by the U.S. House of Representatives Select Committee to Investigate the January 6th Attack on the U.S. Capitol (the "Select Committee"), seeking information on Republican donors, supporters, and other partners and internal deliberative materials.

2. On March 15, 2022, the RNC filed a motion for emergency relief in the form of an expedited preliminary injunction asking the Court to enjoin Salesforce from producing information in response to the subpoena, which was scheduled for today, March 16. Since the RNC filed its motion for preliminary injunction, counsel for the Select Committee and Salesforce have entered their appearances in this action and the parties have conferred on a proposed briefing schedule on the RNC's motion for preliminary injunction. Subject to the Court's approval and availability, the parties propose the following expedited schedule:

- **Monday, March 21, 2022:** the Select Committee's Opposition Brief, and any responsive filing by Salesforce.

- **Thursday, March 24, 2022 (by 5pm):** the RNC's Reply Brief.
- **On or before Wednesday, March 30, 2022:** Hearing.

3.   The Select Committee has agreed to postpone the return date on the subpoena until March 30, 2022.

Respectfully submitted this 16th day of March, 2022.

| OFFICE OF GENERAL COUNSEL<br>U.S. HOUSE OF REPRESENTATIVES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: *s/ Douglas N. Letter*<br>Douglas N. Letter<br>Todd B. Tatelman<br>Stacie Fahsel<br>Eric Columbus<br>Michelle Kallen<br>5140 O'Neil House Office Building<br>Washington, D.C. 20515<br>Telephone: 303.225.9700<br>Email:<br>Douglas.Letter@mail.house.gov<br>Todd.Tatelman@mail.house.gov<br>Stacie.Fahsel@mail.house.gov<br>Eric.Columbus@mail.house.gov<br>Michelle.Kallen@mail.house.gov | By: *s/ Christopher O. Murray*<br>Christopher O. Murray<br>Julian R. Ellis, Jr. *(pro hac vice pending; full admission pending)*<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: 303.223.1100<br>Fax: 303.223.1111<br>Email: cmurray@bhfs.com<br>         jellis@bhfs.com<br><br>*Attorneys for Plaintiff Republican National Committee* |

*Attorneys for Defendants the Select Committee and House Members*

ZWILLGEN PLLC

By:   *s/ Marc J. Zwillinger*
      Marc J. Zwillinger
      Jacob A. Sommer
      1900 M. Street NW, Suite 250
      Washington, DC 20036
      Telephone: 202.296.3585
      Email: marc@zwillgen.com
             jake@zwillgen.com

*Attorneys for Defendant salesforce.com, inc.*

2