IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00659-TJK |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY PELOSI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF NATIONAL REPUBLICAN SENATORIAL COMMITTEE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7(o), the National Republican Senatorial Committee ("NRSC") respectfully seeks leave to file an *amicus curiae* brief in support of the Republican National Committee ("RNC"), arguing that allowing politicians and staffers to access the opposing political party's data housed on Salesforce is harmful to American democracy. In addition, it violates the First Amendment because the inquiry here is not sufficiently tailored to support a governmental interest.

**INTEREST OF *AMICUS CURIAE***

The National Republican Senatorial Committee, or NRSC, is the national political party organization devoted to supporting and electing a Republican U.S. Senate majority. The NRSC maintains a database on the Salesforce platform and provides financial, data, and strategic support and assistance to current and prospective Republican U.S. Senate candidates. Support from the

NRSC for Republican candidates comes in the areas of strategic data, budget planning, election law compliance, fundraising, communications tools and messaging, research, and strategy. The NRSC believes that First Amendment rights of political parties must be protected and that partisan opponents should not be allowed to infringe upon the associational rights of Republican party committees, candidates, and supporters through disclosure of strategic data.

## POSITION OF THE PARTIES

The RNC has consented to the filing of this *amicus* brief. The January 6 Select Committee does not oppose the filing of this *amicus* brief. Salesforce does not oppose the filing of this *amicus* brief.

## ARGUMENT

"An *amicus* brief should normally be allowed . . . when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063–64 (7th Cir. 1997)). Courts allow "parties to file *amicus* briefs where the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs." *In re Search of Info.*, 13 F. Supp. 3d at 167 (quotation marks omitted). Here, the NRSC provides the unique perspective of another national party committee which also uses Salesforce to house its strategic data, which is essential to its functioning as a political party committee. Like the RNC, the NRSC has many supporters who are at risk of a chilling effect that would ripple beyond the RNC should the Salesforce Subpoena be enforced.

## CONCLUSION

For the reasons expressed herein, the Court should grant NRSC's motion for leave to file its *amicus curiae* brief.

Dated: March 23, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC

　　　　　　　　　　　　　　　　　　　　/s/ *Charles R. Spies*
　　　　　　　　　　　　　　　　　　　　Charles R. Spies, Bar ID: 989020
　　　　　　　　　　　　　　　　　　　　Jessica G. Brouckaert
　　　　　　　　　　　　　　　　　　　　1825 Eye Street, N.W., Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 466-5964
　　　　　　　　　　　　　　　　　　　　Facsimile: (844) 670-6009
　　　　　　　　　　　　　　　　　　　　cspies@dickinsonwright.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for NRSC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Spies
　　　　　　　　　　　　　　　　　　　　Charles S. Spies (Bar ID: 989020)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the filing complies with the Local Civil Rules relating to formatting and page limits, being double-spaced, prepared in 12-point proportionally-spaced font, and not exceeding the allotted page or word limits.

　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Spies
　　　　　　　　　　　　　　　　　　　　Charles S. Spies (Bar ID: 989020)