**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-00659-TJK |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY PELOSI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

/

**[PROPOSED] ORDER**

The National Republican Senatorial Committee's motion for leave to file an *amicus curiae*

brief is GRANTED, and the brief attached to the motion is accepted by the Court as FILED.

So ordered this _____ day of March 2022.

Dated:

_____
Hon.
United States District Judge