UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>               Plaintiff,<br><br>   v.<br><br>NANCY PELOSI, *et al.*,<br><br>               Defendants. | Case No. 1:22-cv-00659-TJK |

**DECLARATION OF TODD B. TATELMAN IN SUPPORT OF
CONGRESSIONAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

I, Todd B. Tatelman, declare as follows:

      1.    I am the Principal Deputy General Counsel, of the U.S. House of Representatives and counsel for the Congressional Defendants in this action.

      2.    I make this declaration in support of the Congressional Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

      3.    Attached hereto as Exhibit 1 is a true and accurate copy of a letter sent from Chairman Bennie G. Thompson of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, to the Custodian of Records for Salesforce.com, Inc. on March 21, 2022.

      I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

      Executed on March 23, 2022, in Severn, Maryland.

                                                      */s/ Todd B. Tatelman*
                                                      Todd B. Tatelman