**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, ) ) ) ) *Plaintiff*, ) ) v. ) ) NANCY PELOSI, et al., ) ) ) *Defendants*. ) ) | **Case No. 1:22-cv-00659-TJK** |

**NOTICE OF CHANGE OF CONTACT INFORMATION AND FIRM AFFILIATION**

PLEASE TAKE NOTICE that Christopher O. Murray, counsel for Plaintiff the Republican National Committee, provides notice that he is now affiliated with Statecraft PLLC.

Mr. Murray's new affiliation and contact information is below:
Statecraft PLLC
1263 Washington Street
Denver, CO 80203
Phone 602-362-0034
Email: chris@statecraftlaw.com

All future pleadings, orders and other papers filed in this case to be served upon Mr. Murray at the contact information identified above.

Respectfully submitted this 29th day of March 2022.

        STATECRAFT PLLC

        By:   *s/ Christopher O. Murray*
                Christopher O. Murray
                1263 Washington Street
                Denver, CO 80203
                Telephone:  602.362.0034
                Email:  chris@statecraftlaw.com

        *Attorneys for Plaintiff Republican National Committee*

23951193