#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | **Case No. 1:22-cv-00659-TJK** |
| NANCY PELOSI, et al., | ) ) ) | |
| *Defendants*. | ) ) ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that under Local Rule 83.6(b), Julian R. Ellis, Jr., counsel for Plaintiff Republican National Committee (the "RNC"), provides notice that he is withdrawing as counsel in this case. The RNC has current and active co-counsel in Christopher O. Murray with Statecraft PLLC. Additionally, no trial date has been set and the RNC has signed this notice.

Respectfully submitted this 29th day of March, 2022.

| THE REPUBLICAN NATIONAL COMMITTEE | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By:  *s/ J. Justin Riemer*<br>J. Justin Riemer<br>Chief Counsel<br>Republican National Committee<br>310 First Street SE<br>Washington, DC 20003<br>Telephone: 202.863.8500<br>Email:  jriemer@gop.com | By:  *s/ Julian R. Ellis, Jr.*<br>Julian R. Ellis, Jr. (*pro hac vice*)<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone:  303.223.1100<br>Fax:  303.223.1111<br>Email:  jellis@bhfs.com<br><br>*Attorney for Plaintiff Republican National Committee* |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2022, I electronically filed a true and correct copy of the foregoing **Notice of Withdrawal as Counsel** with the Clerk of court via the CM/ECF system which will send notification of such filing to all counsel of record

                <u>/Paulette M. Chesson</u>
                Paulette M. Chesson, Paralegal
                Brownstein Hyatt Farber Schreck, LLP
                410 Seventeenth Street, Suite 2200
                Denver, CO 80202
                303-223-1100
                303-223-1111