**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>                      *Plaintiff*,<br><br>   v.<br><br>NANCY PELOSI, *et al.*,<br><br>                      *Defendants*. | Case No. 1:22-cv-00659 (TJK) |

**NOTICE OF APPEARANCE**

      I, Eric R. Columbus, hereby enter my appearance as counsel in the above-captioned case for Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol.  Please send all future notices in this matter to me.

                                                Respectfully submitted,

                                                */s/ Eric R. Columbus*
                                                Eric R. Columbus (D.C. Bar No. 487736)
                                                  *Special Litigation Counsel*
                                                Office of General Counsel
                                                U.S. House of Representatives[*]
                                                5140 O'Neill House Office Building
                                                Washington, D.C. 20515
                                                (202) 225-9700
                                                Eric.Columbus@mail.house.gov
March 31, 2022                              *Counsel for Congressional Defendants*

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Eric R. Columbus*
Eric R. Columbus