UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPUBLICAN NATIONAL COMMITTEE,

    *Plaintiff*,

v.

NANCY PELOSI *et al*.,

    *Defendants*.

Civil Action No. 22-659 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the RNC's claims against House Defendants are **DISMISSED**, Count VI of the RNC's amended complaint is **DISMISSED AS MOOT**, and judgment is **ENTERED** against the RNC on Counts I through V of its amended complaint.

It is also hereby **ORDERED** that House Defendants are temporarily **ENJOINED** from enforcing the subpoena and Salesforce is temporarily **ENJOINED** from complying with the subpoena, for the purpose of allowing the RNC to seek an injunction pending appeal. It is further **ORDERED** that this administrative injunction will dissolve automatically either on May 5, 2022, if the RNC has not moved for an injunction pending appeal by then, or upon the resolution of any such motion.

This is a final, appealable Order. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

                                       /s/ Timothy J. Kelly
                                       TIMOTHY J. KELLY
                                       United States District Judge

Date: May 1, 2022