# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) **Case No. 1:22-cv-00659-TJK** |
| NANCY PELOSI, et al., | ) ) |
| *Defendants*. | ) ) ) |

## PLAINTIFF'S MOTION FOR CLARIFICATION OF THE COURT'S MAY 1, 2022 ORDER

Christopher O. Murray
STATECRAFT PLLC
1263 Washington Street
Denver, CO 80203
Tel:  602.362.0034
Email:  chris@statecraftlaw.com

*Attorney for Plaintiff Republican National Committee*

On May 1, 2022, the Court issued its Order and accompanying Memorandum Opinion dismissing Plaintiff's complaint in part and entering judgment against Plaintiff on the merits. [Dkt. Nos. 32 and 33.] At the conclusion of both the Order and the Memorandum Opinion, the Court enters an administrative injunction providing Plaintiff until this Thursday, May 5, 2022 to seek an injunction pending appeal.  Plaintiff intends to seek appellate review of the Court's judgment and therefore will be filing for an injunction pending appeal in advance of Thursday, May 5, 2022.  However, neither the Order nor the Memorandum Opinion specify whether the Court expects that Plaintiff's forthcoming Motion for Injunction Pending Appeal should be filed in the first instance before it (as contemplated by Federal Rule of Appellate Procedure 8(a)(1)), or whether by entering the administrative injunction, the Court intends for Plaintiff to seek such relief immediately in the D.C. Circuit under Federal Rule of Appellate Procedure 8(a)(2)(A)(i). Plaintiff is pleased to file its motion in the first instance before this Court, but does not wish to unnecessarily complicate the proceedings or otherwise delay appellate review by filing before this Court if the Court intended to signal Plaintiff should proceed directly before the D.C. Circuit.

Hence, Plaintiff respectfully requests the Court clarify its Order and Memorandum Opinion to state whether the Court will entertain a motion for injunction pending appeal or whether the Court intends to direct Plaintiff to seek any injunction pending appeal directly with the D.C. Circuit in the first instance.

Plaintiff has conferred with counsel for the Congressional Defendants and Salesforce; neither takes any position on this motion.

Respectfully submitted this 3rd day of May, 2022.

STATECRAFT PLLC

By:     *s/ Christopher O. Murray*
        Christopher O. Murray
        1263 Washington Street
        Denver, CO 80203
        Tel:  602.362.0034
        Email:  chris@statecraftlaw.com

*Attorney for Plaintiff Republican National Committee*

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I filed this **Plaintiff's Motion for Clarification of The Court's May 1, 2022 Order** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

*s/ Christopher O. Murray*
Christopher O. Murray