# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 1:22-cv-00659-TJK**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF APPEAL

Please take notice that Plaintiff Republican National Committee appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the order (Doc. 32), and memorandum opinion (Doc. 33), entered on May 1, 2022.

Respectfully submitted this 4th day of May, 2022.

STATECRAFT PLLC

By:   *s/ Christopher O. Murray*
       Christopher O. Murray
       1263 Washington Street
       Denver, CO 80203
       Tel:  602.362.0034
       Email:  chris@statecraftlaw.com

*Attorney for Plaintiff Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, I filed this **Plaintiff's Notice of Appeal** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

*s/ Christopher O. Murray*
Christopher O. Murray