IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>NANCY PELOSI, et al.,<br><br>   *Defendants*. | Case No. 1:22-cv-00659-TJK |

**PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL**

  Under Federal Rule of Civil Procedure 62(d), Plaintiff Republican National Committee ("RNC") respectfully moves for an injunction pending appeal. An injunction pending appeal is warranted to prevent the RNC from suffering irreparable harm from Defendant Salesforce.com's compliance with the challenged Subpoena while the U.S. Court of Appeals for the District of Columbia Circuit considers the novel constitutional questions presented in the RNC's appeal. An injunction pending appeal is also necessary to preserve the ability of the Court of Appeals to consider the weighty legal issues in this case. In the alternative, the RNC requests the court enter an additional administrative injunction to take effect upon the entry of any order denying this motion with such administrative injunction providing the RNC 48 hours to orderly seek an injunction pending appeal in the D.C. Circuit under Federal Rule of Appellate Procedure 8. The RNC further requests that such an administrative injunction continue in effect until the D.C. Circuit's resolution of any motion for injunction pending appeal filed by the RNC.

  Pursuant to LCvR 7(m), the RNC conferred with Defendants. Congressional Defendants oppose the entry of an injunction pending appeal, but do not oppose the entry of a 48-hour administrative injunction if the Court denies the RNC's motion. Salesforce takes no position on this motion.

Respectfully submitted this 4th day of May, 2022.

        STATECRAFT PLLC

        By: *s/ Christopher O. Murray*
           Christopher O. Murray
           1263 Washington Street
           Denver, CO 80203
           Tel:  602.362.0034
           Email:  chris@statecraftlaw.com

        *Attorney for Plaintiff Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, I filed this **Plaintiff's Motion for Injunction Pending Appeal** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

                                              *s/ Christopher O. Murray*
                                              Christopher O. Murray