# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 1:22-cv-00659-TJK**<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL

Upon consideration of Plaintiff's Motion for Injunction Pending Appeal and the Memorandum of Law filed in support thereof, it is hereby **ORDERED** that Plaintiff's Motion Injunction Pending Appeal is **GRANTED**.

It is **ORDERED** that the House Defendants are **ENJOINED** from enforcing the Subpoena and Salesforce is **ENJOINED** from complying with the Subpoena pending the resolution of the RNC's appeal of the Court's May 1, 2022 Order and Memorandum Opinion on the merits by the D.C. Circuit. It is further **ORDERED** that this injunction will dissolve upon the final resolution of the RNC's appeal by the D.C. Circuit.

So Ordered this ___ day of _____, 2022.

_____
Hon. Timothy J. Kelly
United States District Judge

STATECRAFT PLLC

By: *s/* _____
Christopher O. Murray
1263 Washington Street
Denver, CO 80203
Tel: 602.362.0034
Email: chris@statecraftlaw.com

*Attorney for Plaintiff Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, I filed this **Plaintiff's Motion for Injunction Pending Appeal** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

*s/*
Christopher O. Murray