IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) )  **Case No. 1:22-cv-00659-TJK** |
| NANCY PELOSI, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**PLAINTIFF'S NOTICE OF ERRATUM**

Please take notice that Plaintiff Republican National Committee's Memorandum in Support of its Motion for Injunction Pending Appeal [Dkt. No. 36-1] includes a typographical error. On page 8 of the Memorandum in Support, a citation to an earlier portion of the Memorandum in Support was inadvertently left blank. The citation has been completed in the Corrected Memorandum in Support attached to this Notice of Erratum. Counsel apologizes for the error.

Respectfully submitted this 4th day of May, 2022.

STATECRAFT PLLC

By: *s/ Christopher O. Murray*
Christopher O. Murray
1263 Washington Street
Denver, CO 80203
Tel:  602.362.0034
Email:  chris@statecraftlaw.com

*Attorney for Plaintiff Republican National Committee*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2022, I filed this **Plaintiff's Notice of Erratum** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

*s/ Christopher O. Murray*
Christopher O. Murray
