# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REPUBLICAN NATIONAL COMMITTEE,

      *Plaintiff*,

  v.

NANCY PELOSI, *et al.*,

      *Defendants*.

Case No. 1:22-cv-00659 (TJK)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion for Injunction Pending Appeal, and the Opposition of the Defendants, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED.**

**SO ORDERED**.

Dated: _____

_____
THE HONORABLE TIMOTHY J. KELLY
United States District Judge