## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REPUBLICAN NATIONAL COMMITTEE,

*Plaintiff*,

v.

NANCY PELOSI *et al.*,

*Defendants*.

Civil Action No. 22-659 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Injunction Pending Appeal, ECF No. 36, is **GRANTED IN PART** and **DENIED IN PART**. It is **ORDERED** that Plaintiff's request for an injunction pending appeal is **DENIED**. It is also **ORDERED** that Plaintiff's request for a brief administrative injunction is **GRANTED**. It is further **ORDERED** that House Defendants are temporarily **ENJOINED** from enforcing the subpoena and Salesforce is temporarily **ENJOINED** from complying with the subpoena. It is further **ORDERED** that this administrative injunction will dissolve automatically on May 25, 2022.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 20, 2022