# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5123**                 **September Term, 2022**

**1:22-cv-00659-TJK**

**Filed On: September 16, 2022** [1964514]

Republican National Committee,

       Appellant

    v.

Nancy Pelosi, in her official capacity as Speaker of the United States House of Representatives, et al.,

       Appellees

## M A N D A T E

In accordance with the order of September 16, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                          Michael C. McGrail
                          Deputy Clerk

Link to the order filed September 16, 2022